IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTOPHER SIMPSON,

    Petitioner,

-vs-

JAMES CROSS,

    Respondent.                         No. 15-cv-853-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on September 21, 2015 (Doc. 9), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 is **DISMISSED with prejudice.** Judgment is in favor of the Respondent.

                                      JUSTINE FLANAGAN,
                                      ACTING CLERK OF COURT

                                      BY:  _s/*Caitlin Fischer*_
                                               Deputy Clerk

**DATED:** September 21, 2015

Digitally signed by David R. Herndon
Date: 2015.09.21 11:59:07 -05'00'

**APPROVED:**
    U.S. DISTRICT JUDGE
    U. S. DISTRICT COURT