IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTOPHER SIMPSON,

    Petitioner,

-vs-

JAMES CROSS, JR.,

    Respondent.                      No. 15-cv-853-DRH

## AMENDED JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on September 29, 2015 (Doc. 13), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 is now **DISMISSED without prejudice** and the judgment entered on September 21, 2015 (Doc. 10) is VACATED.

                              JUSTINE FLANAGAN,
                              ACTING CLERK OF COURT

                              BY:   s/*Caitlin Fischer*
                                        **Deputy Clerk**

**DATED:** September 30, 2015

Digitally signed by David R. Herndon
Date: 2015.09.30 10:41:55 -05'00'

**APPROVED:**
    U.S. DISTRICT JUDGE
    U. S. DISTRICT COURT